# United States Bankruptcy Court
## Central District of California

In re   **Kings Holdings**
_____,
Debtor

Case No. __RS09-14323-TD__

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,615,000.00 | | |
| B - Personal Property | Yes | 3 | 4,670.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,500,232.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 46,509.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 12,619,670.00 | | |
| Total Liabilities | | | | 2,546,741.00 | |

# United States Bankruptcy Court
## Central District of California

In re  **Kings Holdings**
_____,
Debtor

Case No. __RS09-14323-TD__

Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Kings Holdings**                                ,                Case No.  **RS09-14323-TD**
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property at 845 W. Chino Canyon Road, Palm Springs, CA  92262** | Fee Simple | - | 12,500,000.00 | 2,432,232.00 |
| **Ten acres located at Indio, California** | Fee Simple | - | 115,000.00 | 68,000.00 |

|  | Sub-Total > | 12,615,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 12,615,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property                (Report also on Summary of Schedules)

In re **Kings Holdings**                                                                                   Case No. __**RS09-14323-TD**__
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 3,170.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banco Popular Checking Accout No. 6806757081** | - | 125.00 |
| | | **Banco Popular Checking Accout No. 6806757099** | - | 125.00 |
| | | **Banco Popular Checking Accout No. 6806757065** | - | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                      Sub-Total >         **3,670.00**
                                                                                 (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re  **Kings Holdings**                                                                 Case No.  **RS09-14323-TD**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Business plans, projections, market surveys, analyses, information about potential vendors, suppliers, and other business contacts, and other confidential information pertaining to the promotion and marketing of business opportunities related to the property located at 845 W. Chino Canyon Road, Palm Springs, California** | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Continuation Page** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                        Sub-Total >          1,000.00
                                                                       (Total of this page)
                                                                           Total >           4,670.00
Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property
                                                                       (Report also on Summary of Schedules)

In re __Kings Holdings__  Case No: __RS09-14323-TD__
    Debtor

## SCHEDULE B – PERSONAL PROPERTY

28.  Office equipment, furnishings, and supplies:

       2 computers
       2 printers/copiers/scanners
       1 fax
       Credit card terminal
       2 telephones
       3 storage cabinets
       4 filing cabinets
       2 bookshelves
       1 typewriter
       1 electric 3 hole puncher
       2 spiral binding machines
       1 electric pencil sharpner
       1 paper shredder
       1 paper cutter
       Various stock of Binders
       Various stock of paper
       Miscellaneous office supplies

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Personal Property

In re   **Kings Holdings**                                    Case No.  **RS09-14323-TD**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx4468  Dr. Raila Horne  PO Box 2739  Palm Springs, CA 92263 | X | - | 6/10/08  Sixth Trust Deed  Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262  Value $ 12,500,000.00 | | | | 50,000.00 | 0.00 |
| Account No. xxxxx3100  Dunn-Edwards Corporation  4885 E. 52nd Place  Los Angeles, CA 90058 | X | - | 3/31/08  Mechanics Lien  Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262  Value $ 12,500,000.00 | | | | 9,256.00 | 0.00 |
| Account No. x1873  Financial Bonanza, LLC  18850 Ventura Blvd., Suite 130  Tarzana, CA 91356 | X | - | 11/17/06  Second and Third Trust Deeds  Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262  Value $ 12,500,000.00 | | | | 870,000.00 | 0.00 |
| Account No.  Notice Party For:  Financial Bonanza, LLC | | | Ress Financial Corporation  1780 Town and Country Drive, #105  Norco, CA 92860  Value $ | | | | | |
| __2__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 929,256.00 | 0.00 |

In re  **Kings Holdings**                                   Case No. **RS09-14323-TD**
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx2199<br><br>H&R Block Bank<br>PO Box 5170<br>Simi Valley, CA 93062 | X | - | 11/17/06<br><br>First Trust Deed<br><br>Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262<br><br>Value $ 12,500,000.00 | | | | 1,293,000.00 | 0.00 |
| Account No.<br><br>Notice Party For:<br>H&R Block Bank | | | Rade Raicevic<br>PO Box 489<br>Yucaipa, CA 92399<br><br>Value $ | | | | | |
| Account No. xx1416<br><br>J&R Investments & Development, Inc.<br>12802 Wright Avenue<br>Chino, CA 91710 | X | - | 5/10/07<br><br>Mechanics Lien<br><br>Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262<br><br>Value $ 12,500,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br><br>Notice Party For:<br>J&R Investments & Development, Inc. | | | Krig and Chung, LLP<br>3602 Inland Empire Blvd., Ste. B208<br>Ontario, CA 91764<br><br>Value $ | | | | | |
| Account No. xxxx7294<br><br>K&B Brokerage<br>2153 Montana Avenue, Ste C<br>Santa Monica, CA 90403 | X | - | 1/08<br><br>Deed of Trust<br><br>First Trust Deed on ten acres located at Indio, California; Fifth Trust Deed on 845 W. Chino Canyon Road, Palm Springs<br><br>Value $ 115,000.00 | | | | 68,000.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to                                Subtotal
Schedule of Creditors Holding Secured Claims                              (Total of this page)    1,386,000.00    0.00

In re  **Kings Holdings**,  Case No. __RS09-14323-TD__
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Notice Party For:<br>K&B Brokerage | | | The Sussex Group, Inc.<br>4045 S. Buffalo Drive, Suite 101<br>Las Vegas, NV 89147<br><br>Value $ | | | | | |
| Account No. xxx1928<br><br>Lynne Romano<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403 | | X - | 5/10/07<br><br>Fourth Trust Deed<br><br>Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262<br><br>Value $  12,500,000.00 | | | | 125,000.00 | 0.00 |
| Account No.<br><br>Riverside County Treasurer<br>PO Box 12005<br>4080 Lemon St. 4th Floor<br>Riverside, CA 92502-2205 | | X - | 2006 - 2008<br><br>Property Tax Lien<br><br>Real property at 845 W. Chino Canyon Road, Palm Springs, CA 92262<br><br>Value $  12,500,000.00 | | | | 59,976.00 | 0.00 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **184,976.00**  **0.00**

Total  **2,500,232.00**  **0.00**
(Report on Summary of Schedules)

In re   **Kings Holdings**                                                    Case No.  **RS09-14323-TD**
_____,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    **0**____ continuation sheets attached

In re   **Kings Holdings** ,   Case No.   **RS09-14323-TD**
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>A-American Self Storage<br>11560 Tennessee Avenue<br>Los Angeles, CA 90064 | X | - | | Trade debt | | | | 2,514.00 |
| Account No. **1795**<br><br>Armstrong Garden Center<br>2200 E. Route 66, Ste 200<br>Glendora, CA 91740 | X | - | | Trade debt | | | X | 700.00 |
| Account No.<br><br>Notice Party For:<br>Armstrong Garden Center | | | | RMS<br>PO Box 509<br>Richfield, OH 44286 | | | | |
| Account No.<br><br>Financial Bonanza, LLC<br>18850 Ventura Blvd., Suite 130<br>Tarzana, CA 91356 | X | - | | 11/1/08<br>Loan | | | | 16,000.00 |

**2** continuation sheets attached

Subtotal
(Total of this page)    **19,214.00**

In re  **Kings Holdings**                                     ,   Case No.  **RS09-14323-TD**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fomotor Engineering<br>225 South Civic Drive, Ste 1-5<br>Palm Springs, CA 92262 | X | - | Trade debt | | | | 1,085.00 |
| Account No.<br><br>Hammer Pumping, Inc.<br>PO Box 2448<br>Cathedral City, CA 92235 | X | - | Trade debt | | | | 591.00 |
| Account No.<br><br>Palm Springs Disposal<br>PO Box 2711<br>Palm Springs, CA 92263 | X | - | Trade debt | | | | 973.00 |
| Account No.<br><br>Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 | X | - | Trade debt | | | X | 22,000.00 |
| Account No.<br><br>Southwest Tropical Interiors<br>38-412 Paradise Way<br>Cathedral City, CA 92234 | X | - | Trade debt | | | X | 1,150.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **25,799.00**

In re  **Kings Holdings**  , Case No. **RS09-14323-TD**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vicious Fishes<br>80975 Indio Blvd., #C-1<br>Indio, CA 92201 | X | - | Trade debt | | | | 1,496.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,496.00**

Total (Report on Summary of Schedules) **46,509.00**

In re   **Kings Holdings**                                                ,   Case No.   **RS09-14323-TD**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

     0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Kings Holdings**                                               Case No.   **RS09-14323-TD**

Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lori Ann Whittier | A-American Self Storage<br>11560 Tennessee Avenue<br>Los Angeles, CA 90064 |
| Lori Ann Whittier | Armstrong Garden Center<br>2200 E. Route 66, Ste 200<br>Glendora, CA 91740 |
| Lori Ann Whittier | Dr. Raila Horne<br>PO Box 2739<br>Palm Springs, CA 92263 |
| Lori Ann Whittier | Financial Bonanza, LLC<br>18850 Ventura Blvd., Suite 130<br>Tarzana, CA 91356 |
| Lori Ann Whittier | Fomotor Engineering<br>225 South Civic Drive, Ste 1-5<br>Palm Springs, CA 92262 |
| Lori Ann Whittier | Hammer Pumping, Inc.<br>PO Box 2448<br>Cathedral City, CA 92235 |
| Lori Ann Whittier | Palm Springs Disposal<br>PO Box 2711<br>Palm Springs, CA 92263 |
| Lori Ann Whittier | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 |
| Lori Ann Whittier | Southwest Tropical Interiors<br>38-412 Paradise Way<br>Cathedral City, CA 92234 |
| Lori Ann Whittier | Vicious Fishes<br>80975 Indio Blvd., #C-1<br>Indio, CA 92201 |
| Lori Ann Whittier | Dunn-Edwards Corporation<br>4885 E. 52nd Place<br>Los Angeles, CA 90058 |
| Lori Ann Whittier | Financial Bonanza, LLC<br>18850 Ventura Blvd., Suite 130<br>Tarzana, CA 91356 |

**1**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re **Kings Holdings**, Debtor

Case No. **RS09-14323-TD**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lori Ann Whittier | H&R Block Bank<br>PO Box 5170<br>Simi Valley, CA 93062 |
| Lori Ann Whittier | J&R Investments & Development, Inc.<br>12802 Wright Avenue<br>Chino, CA 91710 |
| Lori Ann Whittier | K&B Brokerage<br>2153 Montana Avenue, Ste C<br>Santa Monica, CA 90403 |
| Lori Ann Whittier | Lynne Romano<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403 |
| Lori Ann Whittier | Riverside County Treasurer<br>PO Box 12005<br>4080 Lemon St. 4th Floor<br>Riverside, CA 92502-2205 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **Kings Holdings**  
Debtor(s)

Case No. **RS09-14323-TD**  
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __03.24.09__                    Signature _____  
Lori Ann Whittier  
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.